**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| RALPH MARTIN CONSTRUCTION AND LACKAWANNA AMERICAN INSURANCE COMPANY | : No. 216 EAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| MIGUEL CASTANEDA-ESCOBAR (WORKERS' COMPENSATION APPEAL BOARD) | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: MIGUEL CASTANEDA-ESCOBAR | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.